# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 22, 2020

161155

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ISIAH SIMPSON, JR.,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161155
COA: 351720
Washtenaw CC: 97-008763-FC

On order of the Court, the application for leave to appeal the February 27, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 22, 2020

Clerk

b1214